AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DEBORAH SANDOVAL | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Deborah Sandoval _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Impeding or Disrupting the Orderly Conduct of Government;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/18/2021

Issuing officer's signature

Digitally signed by G. Michael Harvey
Date: 2021.02.18 11:34:19 -05'00'

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 02/18/2021, and the person was arrested on *(date)* 02/19/2021
at *(city and state)* Des Moines, Iowa.

Date: 02/24/2021

Arresting officer's signature

Tyler Johnson, Special Agent, FBI
Printed name and title