## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**DEBORAH SANDOVAL**
**SALVADOR SANDOVAL JR.,**

                              **Defendants.**

**Criminal Action No. 21-195**

## ORDER

On April 21, 2021, the Government filed a Motion to Exclude the Speedy Trial Time [ECF No. 28] from May 13, 2021 until July 17, 2021 given the time needed to organize, produce, and review the complex and voluminous discovery materials involved in the Capitol riot cases. Salvador Sandoval Jr. consented to the Motion, Deborah Sandoval opposed. The Court held a Status Conference in this matter on May 13, 2021 during which it heard brief argument on the Motion. Having considered the factors described in 18 U.S.C. § 3161(h), and for the reasons stated on the record by the Court during the May 13 Status Conference, the Government's Motion is hereby **GRANTED**.

As noted by the Government, the investigation of the January 6, 2021 riot at the United States Capitol "is likely the most complex investigation ever prosecuted by the Department of Justice." Pl.'s Mot. to Exclude Speedy Trial Time at 3. Among other things, the Government has already collected "more than 15,000 hours of surveillance and bodyworn camera footage from multiple law enforcement agencies" and "approximately 1,600 electronic devices." *Id*. The Court acknowledges "the volume and nature of potentially discoverable materials[] and the reasonable

1

time necessary for effective preparation by all parties taking into account the exercise of due diligence." *Id*. at 7. As a result, a continuance is warranted. As such, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), the Court finds that the ends of justice served by the granting of an exclusion of the Speedy Trial Time outweigh the best interests of the public and Defendant in a speedy trial. Therefore, it is hereby

**ORDERED** that time period from May 13, 2021 through and including July 17, 2021 is hereby excluded from the computation of time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**SO ORDERED.**

May 14, 2021

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE