# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>SALVADOR SANDOVAL, JR.,<br>Defendant. | Criminal Case No. 21-cr-00195<br><br><br>MOTION TO SEVER DEFENDANTS |

**COMES NOW,** Salvador Sandoval, through his counsel, William L. Kutmus and Trever T. Hook, and moves pursuant to *Fed.R.Crim.P.* 8(b); *Fed.R.Crim.P.* 12(b)(3)(B)(iv); and *Fed.R.Crim.P.* 14, to sever his case from that of Deborah Sandoval for the reasons set forth in Defendant Debra Sandoval's Motion to Sever Defendants filed January 29, 2022. We join that motion and underscore the following:

1. On December 17, 2021, a Superseding Indictment was filed against Salvador Sandoval. He was charged with an additional felony to wit: assaulting and resisting or impeding an officer of the law. The Superseding Indictment with respect to Deborah Sandoval, Salvador's mother, who had been previously charged with a felony of obstructing an official was dismissed. All charges against her, at present, are at a misdemeanor level.

2. The only nexus in the indictment between the Defendants is that they are mother and son. There is no evidence that they were part of a conspiracy or jointly had the intent to commit any crimes against the U.S. Government. They do not live together. They traveled separately to Washington D.C. The two of them arrived at the Capitol separately. They were on separate sides of the Capitol complex. There is no evidence of shared intent and collaboration that makes the case proper to legally join together.

3. Salvador's concern with a joint trial is both legally and morally just. Evidence of violence, if any, on the part of Salvador, would have a cataclysmic side effect against his

mother. Although the defendants are mother and son, for the purposes of this motion, their trials should not be shared.

WHEREFORE, Salvador Sandoval requests this Honorable Court grant his motion for severance.

**RESPECTFULLY SUBMITTED:**          **KUTMUS, PENNINGTON & HOOK, PC**

       /s/ William Kutmus
William Kutmus AT0004450
Bill@KPHlawfirm.com


       /s/ Trever Hook
Trever Hook AT0003580
5000 Westown Parkway, Suite 310
West Des Moines, IA 50266
Phone: (515) 288-3339
Fax: (515) 288-8629
Trever@KPHlawfirm.com
**ATTORNEYS FOR DEFENDANT SALVADOR SANDOVAL, JR.**

## CERTIFICATE OF SERVICE

I hereby declare that on February 3, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Louis Manzo
Department of Justice
1400 New York Avenue NW
Washington, DC  20002

       /s/ Jodi A. Nissen