UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-cr-195 |
| : | |
| DEBORAH SANDOVAL : | |
| SALVADOR SANDOVAL, : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to a Consent Motion to Continue Motion Deadline and Hearing, it is therefore:

ORDERED that the motions hearing is continued until April 27, 2022.

ORDERED that the government shall reply to the defense motions by March 15, 2022

ORDERED that the period from today through the next hearing date shall be excluded from computing the time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. " 3161(h)(1) & (h)(7).  The Court finds that there is voluminous and evolving discovery, and that delay is necessary for the parties to consider resolutions.

It Is So Ordered.

_____
THE HONORABLE THOMAS F. HOGAN
United States District Court Judge

Entered: __2/11/2022_____

3