IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   CASE NO. 1:21-cr-00195

DEBORAH SANDOVAL,

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance for counsel on the above captioned criminal case of MS. Deborah Sandoval. I certify that I am admitted to practice in this Court.

    Respectfully Submitted,

Date: March 16, 2022

*s/ Komron Jon Maknoon*
Komron Jon Maknoon
PA I.D. 90466

309 Smithfield Street
4th Floor
Pittsburgh, PA 15222
412-201-1802
412-201-3484 (Fax)
kjm@maknoon-law.com