UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 21-cr-00195-TFH |
| | : | |
| DEBORAH SANDOVAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION TO WITHDRAW AS DEFENSE COUNSEL**

Comes now ANTHONY D. MARTIN, court appointed counsel for DEBORAH SANDOVAL and moves to withdraw for the reason appearing below.

***Reason for Request***

Ms. Sandoval has retained the services of Komron Jon Maknoon, Esquire. Mr. Maknoon has entered his appearance on March 16th, 2022 (ECF 54).

***Prayer***

Wherefore, counsel respectfully request that he be relieved of further responsibility in this matter and that his appearance as counsel of record for Ms. Sandoval be stricken.

Respectfully submitted,
ANTHONY D. MARTIN, PC

By: /S/ _____
Anthony D. Martin, 362-537
GREENWAY CENTER OFFICE PARK
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700; (301) 220-1625 (fax)