UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 21-cr-00195-TFH |
| | : | |
| DEBORAH SANDOVAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the court on a motion filed by ANTHONY D. MARTIN, court appointed counsel for DEBORAH SANDOVAL. He has moved to withdraw, citing the appearance of privately retained counsel on behalf of Ms. Sandoval.

IT APPEARS TO THE COURT that GOOD CAUSE has been shown for the relief requested.

WHEREFORE, the Motion is GRANTED and the clerk of the court is ORDERED on this _____ day of March 2022, to strike Mr. Martin's appearance as counsel of record.

_____
JUDGE