UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBORAH SANDOVAL<br><br>and<br><br>SALVADOR SANDOVAL, JR.,<br><br>　　　　　Defendants. | Criminal Action No. 21-cr-195 (TFH) |

## ORDER

Having considered Defendant Salvador Sandoval's Motion *in Limine* [ECF No. 64]; Defendant Deborah Sandoval's Motion for 404(b) Evidence [ECF No. 66]; Motion for Discovery and an Evidentiary Hearing in Support of Claim of Selective Prosecution as it relates to Counts Seven, Eight, Ten, and Eleven [ECF No. 67]; Motion for Discovery with Citation of Authority [ECF No. 68]; Motion for Early Disclosure of All "Jencks Act" Material [ECF No. 69]; Motion to Require Law Enforcement Officers to Retain Rough Notes and Writings that May Constitute *Brady* or Jencks Act Material [ECF No. 70]; Motion to Compel Government to Disclose the Identity of Any Expert Witness it Intends to Call at Trial [ECF No. 71]; and Motion to Compel Disclosure of Plea Bargains, Preferential Treatment, and Promises to Government Witnesses with Citation of Authority [ECF No. 72]; the Government's Omnibus Response thereto [ECF No. 74]; the Defendants' Replies to the Governments Response [ECF Nos. 75 & 76]; and the oral arguments of counsel, and for the reasons stated in the bench opinion on the public record during the August 16, 2022 ZOOM hearing, it is hereby:

**ORDERED** that Defendant Salvador Sandoval's Motion *in Limine* [ECF No. 64], Defendant Deborah Sandoval's Motion for Discovery and an Evidentiary Hearing in Support of Defendant's Claim of Selective Prosecution [ECF No. 67], and Motion for Discovery with Citation of Authority [ECF No. 68] are **DENIED**.

**ORDERED** that Defendant Deborah Sandoval's Motion for 404(b) Evidence [ECF No. 66] is **GRANTED**. This includes any evidence relating to the defendants' "Consciousness of Guilt."

**ORDERED** that Defendant Deborah Sandoval's Motion for Early Disclosure of All "Jencks Act" Material [ECF No. 69], and Motion to Require Law Enforcement Officers to Retain Rough Notes and Writings that May Constitute *Brady* or Jencks Act Materials [ECF No. 70] are **GRANTED.** The government must disclose any such material 14 days prior to the start trial.

**ORDERED** that Defendant Deborah Sandoval's Motion to Compel Government to Disclose the Identity of Any Expert Witness It Intends to Call at Trial [ECF No. 71], and Motion to Compel Disclosure of Plea Bargains, Preferential Treatment, and Promises to Government Witnesses with Citation of Authority [ECF No. 72] are **DENIED AS MOOT.**

**SO ORDERED**.

August 24, 2022

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE