UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.:  21-cr-195-TFH |
| **SANDOVAL, et al.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Holly F. Grosshans entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  October 12, 2022          MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

                        By:   */s/ Holly F. Grosshans*
                              HOLLY F. GROSSHANS
                              Assistant United States Attorney
                              D.C. Bar No. 90000361
                              U.S. Attorney's Office for the District of Columbia
                              601 D Street, N.W.
                              Washington, D.C. 20530
                              Phone: (202) 252-6737
                              Email:  Holly.Grosshans@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 12th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney