CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                         )<br>)<br>DEBORAH SANDOVAL            )<br>)<br>) | Criminal Case No.: CR 21-195-01 (TFH)<br><br>**FILED**<br>OCT 2 4 2022<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Deborah Sandoval_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney  Trial Attorney
Brian Brady

Approved:

_Thos. F. Hogan_                                          Date: Oct 24, 2022
THOMAS F. HOGAN
United States District Judge