IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:21-cr-195-TFH |
| v. | : | |
| DEBORAH SANDOVAL and SALVADOR SANDOVAL, JR., | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

**ORDERED**, that the motion is **GRANTED**, and it is further

**ORDERED**, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

**ORDERED**, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

**ORDERED**, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Entered:   12/1/2022

_____
THE HONORABLE THOMAS F. HOGAN
United States District Court Judge