**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00195 |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| | ) | |
| DEBORAH SANDOVAL | ) | The Honorable Thomas F. Hogan |
| SALVADOR SANDOVAL, JR., | ) | |
| Defendant. | ) | |

**DEFENDANT DEBORAH SANDOVAL EXHIBITS**

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
|---|---|---|---|---|---|
| DS-A | Deborah Sandoval - Mercy Hospital Medical Center Student ID | | | | |
| DS-B | "G:\Sandoval, Deborah\Sandoval\Videos – Pictures from Deborah's Phone\63165253378__B4E207A9-FCA9-4F1B-BED7-C52587082EF0.MP4" | | | | |
| DS-C | "G:\Sandoval, Deborah\Sandoval\Videos - Pictures from Deborah's Phone\IMG_0179.MP4" | | | | |
| DS-D | Deborah Sandoval – Extraction Report – Apple iPhone Logical | | | | |
| DS-E | "G:\Sandoval, Deborah\Trial\Exhibit List\EX 317.66.JPG" | | | | |
| DS-F | "G:\Sandoval, Deborah\Trial\Exhibit List\Defense Final Exhibit List\EX 103.asf" | | | | |

1

Respectfully submitted,

*s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. NO. 90466

MAKNOON & ASSOCIATES, LLC.
309 Smithfield Street 4th Floor
Pittsburgh, PA 15222
(412) 201-1802
(412) 774-8424
kjm@maknoon-law.com

Attorney for Defendant, Deborah Sandoval

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing. Copies of all exhibits were provided by the government on USAfx or via email by undersigned counsel to counsel for the government and Salvador Sandoval.

                                      */s/ Komron Jon Maknoon*
                                      Komron Jon Maknoon