Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   21-195   (CKK)

DEBORAH SANDOVAL (1)
SALVADOR SANDOVAL, JR (2)

Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __1/4/2023__ from __Judge Thomas F. Hogan__ to __Judge Colleen Kollar-Kotelly__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Thomas F. Hogan   & Courtroom Deputy
Judge Colleen Kollar-Kotelly   & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk