IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:21-cr-00195 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| DEBORAH SANDOVAL, | ) | The Honorable Colleen Kollar-Kotelly |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 18th day of April 2023, upon consideration of the within Motion for Leave to File Documents Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant is not required to file a redacted version of the sealed Memorandum in Aid of Sentencing.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge