IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00195 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| DEBORAH SANDOVAL | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, to-wit, on this _____ day of April 2023, upon full consideration of the foregoing Motion to Conduct Sentencing Hearing Via Videoconference, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

BY THE COURT:

_____, J.
Colleen Kollar-Kotelly
United States District Judge