## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00195 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| DEBORAH SANDOVAL, | ) | The Honorable Colleen Kollar-Kotelly |
| | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

AND NOW, to-wit, comes the defendant, Deborah Sandoval (hereinafter "Ms. Sandoval"), by and through her counsel, Komron Jon Maknoon, Esquire, and respectfully submits the within Motion for Leave to Withdraw as Attorney and, in support, avers as follows:

1. On February 18, 2021, a complaint was filed against Ms. Sandoval alleging violations of 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, 18 U.S.C. § 1752(a)(2) - Knowingly Impeding or Disrupting the Orderly Conduct of Government, 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, and 40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds (*See* ECF Doc. No. 1).

2. On March 9, 2021, Ms. Sandoval was charged in a 13-count indictment alleging violations of 18 U.S.C. § 231(a)(3) – Civil Disorder, 18 U.S.C. § 111(a)(1) – Assaulting, Impeding, or Resisting Certain Officers, 18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding, 18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restrict Building or Grounds, 18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds, 40 U.S.C. §

1

5104(e)(2)(D) – Disorderly Conduct in a Capital Building, 40 U.S.C. § 5104(e)(2)(F) – Acts of Physical Violence in the Capital Grounds or Buildings, and §40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capital Building (*See* ECF Doc. No. 19).

3. On March 16, 2022, undersigned counsel respectfully entered his appearance (*See* ECF Doc. No. 54).

4. Undersigned counsel was retained for the sole purpose of representing Ms. Sandoval at the trial level.

5. On December 14, 2022, Ms. Sandoval pled guilty to Count Seven (7) in the Indictment pursuant to a plea agreement (*See* ECF Doc. No. 102).

6. On May 1, 2023, a Sentencing Hearing was held during which Ms. Sandoval was sentenced to five (5) months incarceration followed by a twelve-month term of supervised release (*See* ECF Doc. No. 132).

7. On October 23, 2023, undersigned counsel received an email from Assistant United States Attorney Holly Grosshans who stated she has no objection to the relief sought within this motion.

WHEREFORE, it is respectfully requested that this Honorable Court permit undersigned counsel, Komron Jon Maknoon, to withdraw as attorney for Ms. Sandoval.

Respectfully Submitted,

*s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466
Maknoon & Associates, LLC
438 Division St.
2nd Floor
Sewickley, Pa 15143

2

(412) 201-1802
(412) 774-8424 FAX

Attorney for Defendant, Deborah Sandoval